# United States Court of Appeals
# for the Federal Circuit

---

January 29, 2021

**ERRATA**

---

Appeal No. 2020-1266

**DEBORAH N. MOUTON-MILLER,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF HOMELAND SECURITY,**
*Intervenor*

Decided:  January 19, 2021
Precedential Opinion

---

Please make the following changes:

On page 9, line 22, change "3312(a)(2)" to "3321(a)(2)".
On page 9, line 27, change "3312(a)(2)" to "3321(a)(2)".
On page 9, line 28, change "3312(a)" to "3321(a)".
On page 9, line 32, change "3312(a)(1)" to "3321(a)(1)".
On page 9, line 35, change "3312" to "3321".
On page 10, line 9, change "3312" to "3321".
On page 10, line 13, change "3312" to "3321".
On page 12, line 8, change "3312" to "3321".